THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WELLS FARGO BANK, N.A.,

    Plaintiff,

v.

ARMANDO CADENA and EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,

    Defendants.

Case No. 2:20-cv-00317–RAJ-BAT

**STIPULATION AND ORDER FOR INTERPLEADER OF FUNDS AND DISMISSAL**

All parties, by and through their undersigned counsel, hereby stipulate to the following and request that the Court enter the adjoining order.

**STIPULATION**

1. That this Court has jurisdiction over the parties;

2. That this Court should permit interpleader plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") to deduct its reasonable costs and attorneys' fees incurred in connection with this action, in the amount of $5,891.00, from the $1,115,328.23 restrained funds (the "Restrained Proceeds") in Wells Fargo Crown Banking Account (Acct. # XXXXXX1567; the "Wells Fargo Cadena Account") as a result of conflicting claims, and deposit the remaining $1,109,437.23 (the "Interpleaded Funds") with the Registry of the Court pursuant to Local Civil Rule 67(a);

STIPULATION AND ORDER FOR INTERPLEADER
AND DISMISSAL - (No. 2:20-cv-00317 -BAT) - 1

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

3. That this Court issue an order requiring the parties to the above-styled cause to interplead as to their rights and settle or litigate amongst themselves their claims and rights to the Restrained Proceeds;[1]

4. That Wells Fargo be discharged from all liability to any of the parties to this action concerning Wells Fargo's obligations in connection with the Restrained Proceeds, the Interpleaded Funds, and/or the Wells Fargo Cadena Account, including but not limited to any and all transactions conducted therein;

5. That defendants Armando Cadena and Expeditors International of Washington, Inc. be enjoined and prohibited from instituting any actions against Wells Fargo and/or its agents, affiliates, employees and servants, in connection with the Restrained Proceeds, the Interpleaded Funds, and/or the Wells Fargo Cadena Account, including but not limited to any and all transactions conducted therein; and

6. That Wells Fargo be dismissed, with prejudice, as a party to this action.

DATED this 14th day of April, 2020.

> FOX ROTHSCHILD LLP
>
> By */s/ Al Roundtree*
> Wendy E. Lyon, WSBA #34461
> Al Roundtree, WSBA #54851
> 1001 Fourth Avenue, Suite 4500
> Seattle, WA  98154
> Ph (206) 624-3600
> Fax (206) 389-1708
> Email: wlyon@foxrothschild.com
> aroundtree@foxrothschild.com
>
> *Attorneys for Plaintiff*

---

[1] Defendant Expeditors International of Washington, Inc. ("Expeditors") has initiated a separate action against defendant Armando Cadena ("Cadena"), which in part concerns the funds deposited in the Wells Fargo Crown Banking Account (Acct. # XXXXXX1567) that is the subject of this action. *See Expeditors International of Washington, Inc. v. Armando Cadena Santillana*, W.D.Wash. No. 2:20-cv-00349-TSZ (the "Expeditors Action").

STIPULATION AND ORDER FOR INTERPLEADER
AND DISMISSAL - (No 2:20-cv-00317-RAJ-BAT) - 2

FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington  98154-1192
206.624.3600

1  SAVITT BRUCE & WILLEY LLP

2

3  By */s/ Stephen C. Willey*
   Stephen C. Willey, WSBA #24499
   1425 Fourth Avenue, Suite 800
4  Seattle, WA 98101-2272
   Telephone: 206.749.0500
5  Email: swilley@sbwllp.com

6  *Attorneys for Expeditors International of Washington, Inc.*

7

8  STOKES LAWRENCE, P.S.

9

10 By */s/ Joshua D. Harms*
   Mathew L. Harrington, WSBA #33276
   Joshua D. Harms, WSBA #55679
11 1420 Fifth Avenue, Suite 3000
   Seattle, WA 98101
12 Telephone: (206) 626-6000
   Email: mathew.harrington@stokeslaw.com
13 joshua.Harms@stokeslaw.com

14 *Attorneys for Armando Cadena*

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER FOR INTERPLEADER
AND DISMISSAL - (No 2:20-cv-00317-RAJ-BAT) - 3

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, Washington  98154-1192
206.624.3600

**ORDER**

Based on the forgoing stipulation and a review of the records on file, the Court HEREBY FINDS that it has jurisdiction over the parties and FURTHER ORDERS:

1. Plaintiff Wells Fargo Bank, N.A. to deduct from the $1,115,328.23 ("Restrained Proceeds") its reasonable costs and fees incurred in bringing this action, in the amount of $5,891.00, and, pursuant to Local Civil Rule 67(a), deposit the remaining $1,109,437.23 (the "Interpleaded Funds") with the Registry of the Court within fourteen (14) days of this Order;

2. Defendants to interplead as to their rights and settle or litigate amongst themselves their claims and rights to the Interpleaded Funds;

3. Plaintiff Wells Fargo Bank, N.A. be discharged from all liability to any of the parties to this action concerning Wells Fargo's obligations related to the Restrained Proceeds, the Interpleaded Funds, and/or or the bank accounts and financial transactions giving rise to this action;

4. Defendants to be enjoined and prohibited from instituting any actions against Plaintiff Wells Fargo Bank, N.A. and/or its agents, affiliates, employees and servants, in connection with the Restrained Proceeds, the Interpleaded Funds, and/or the bank accounts and financial transactions giving rise to this action;

5. Plaintiff Wells Fargo Bank, N.A. is hereby dismissed, with prejudice, as a party to this action.

DATED this 15th day of April, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER FOR INTERPLEADER
AND DISMISSAL - (No 2:20-cv-00317-RAJ-BAT) - 4

FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600