UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WELLS FARGO BANK NA, <br><br> Plaintiff, <br> v. <br><br> ARMANDO CADENA and EXPEDITORS INTERNATIONAL OF WASHINGTON INC., <br><br> Defendants. | CASE NO. 2:20-cv-00317-LK-BAT <br><br> ORDER LIFTING STAY AND REQUESTING JOINT STATUS REPORT |

This matter comes before the Court sua sponte. On December 6, 2023, in a related action, the Court granted Armando Cadena's motion to dismiss with prejudice. *See Expeditors Int'l of Wash., Inc. v. Santillana*, No. 2:20-CV-00349-LK, Dkt. No. 77 (W.D. Wash. Dec. 6, 2023). In light of that order, this case is no longer stayed.

//

//

//

//

ORDER LIFTING STAY AND REQUESTING JOINT STATUS REPORT - 1

Accordingly, no later than January 2, 2024, the parties are ORDERED to meet and confer and file a joint status report proposing a plan and schedule for resolving this action.

Dated this 8th day of December, 2023.

*Lauren King*

Lauren King
United States District Judge

ORDER LIFTING STAY AND REQUESTING JOINT STATUS REPORT - 2